UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                        §
                                              §
YONKOVICH, DANIEL A                           §     Case No. 12-18610
YONKOVICH, JUDITH I                           §
                                              §
                                              §
           Debtor(s)                          §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                    CLERK OF THE COURT
                    219 South Dearborn
                    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 06/14/2013 in Courtroom ,
                    Joliet City Hall
                    150 West Jefferson, 2nd Floor
                    Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/13/2013            By: CLERK OF THE COURT


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
YONKOVICH, DANIEL A § Case No. 12-18610
YONKOVICH, JUDITH I §
§
Debtor(s) §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,500.00 |
| and approved disbursements of | $ | 10.00 |
| leaving a balance on hand of[1] | $ | 7,490.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 34.18 | $ 0.00 | $ 34.18 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,534.18 |
| Remaining Balance | $ 5,955.82 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,106.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for TD Bank, USA | $ 1,073.95 | $ 0.00 | $ 187.54 |
| 000002 | Discover Bank | $ 6,287.25 | $ 0.00 | $ 1,097.92 |
| 000003 | PYOD, LLC its successors and assigns as assignee | $ 2,983.18 | $ 0.00 | $ 520.94 |
| 000004 | Capital One Bank (USA), N.A. | $ 995.07 | $ 0.00 | $ 173.77 |
| 000005 | Capital One Bank (USA), N.A. | $ 688.80 | $ 0.00 | $ 120.28 |
| 000006 | Capital One Bank (USA), N.A. | $ 872.59 | $ 0.00 | $ 152.38 |
| 000007 | Capital One, N.A. | $ 2,717.22 | $ 0.00 | $ 474.50 |
| 000008 | Capital Recovery V, LLC | $ 1,687.21 | $ 0.00 | $ 294.63 |
| 000009 | FIA CARD SERVICES, N.A. | $ 4,820.45 | $ 0.00 | $ 841.78 |
| 000010 | eCAST Settlement Corporation, assignee | $ 5,372.48 | $ 0.00 | $ 938.18 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | eCAST Settlement Corporation, assignee | $ 2,237.75 | $ 0.00 | $ 390.77 |
| 000012 | WORLD'S FOREMOST BANK | $ 1,556.94 | $ 0.00 | $ 271.88 |
| 000013 | Portfolio Recovery Associates, LLC, | $ 2,813.16 | $ 0.00 | $ 491.25 |

Total to be paid to timely general unsecured creditors          $          5,955.82

Remaining Balance                                              $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-18610-BWB
Daniel A Yonkovich                                                        Chapter 7
Judith I Yonkovich
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: corrinal              Page 1 of 3              Date Rcvd: May 14, 2013
                       Form ID: pdf006             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2013.
```
db/jdb       +Daniel A Yonkovich,   Judith I Yonkovich,    24040 Gary Ray Dr.,    Elwood, IL 60421-9499
20320086      American InfoSource LP as agent for TD Bank, USA,    PO Box 248866,
               Oklahoma City, OK  73124-8866
18876019      Bank of America,   PO Box 650070,    Dallas, TX 75265-0070
18876020      Bank of America,   PO Box 851001,    Dallas, TX 75285-1001
18876021     +Cabela's CLUB Visa,    PO Box 82519,    Lincoln, NE 68501-2502
18876022      Capital One Bank,    PO Box 6492,    Carol Stream, IL 60197-6492
19993446      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
20132841      Capital One, N.A.,    c o Becket and Lee LLP,    Atty/Agent for Credior,    POB 3001,
               Malvern, PA 19355-0701
18876025      Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
18876027      Citi Cards,   Processing Center,    Des Moines, IA 50363-0001
18876028      Darvin Furniture,    HSBC Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
20142562      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18876032      HSBC Card Services,    PO Box 37281,    Baltimore, MD 21297-3281
18876031      Home Depot Credit Services,    PO Box 182676,    Columbus, OH 43218-2676
18876033     +Judith M. Yonkovich,    43 W 548 Scott Rd.,    Sugar Grove, IL 60554-9743
20358903    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,,    successor to CAPITAL ONE, N.A,
              (HSBC Bank Nevada, N.A.),    PO Box 41067,    Norfolk VA 23541)
18876035      Target National Bank,    PO Box 660170,    Dallas, TX 75266-0170
20213143      WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
20187866      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19939810      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 31 1969 17:00:00
               American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
20356760      E-mail/PDF: rmscedi@recoverycorp.com May 15 2013 06:51:54      Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
19949381      E-mail/PDF: mrdiscen@discoverfinancial.com May 15 2013 04:37:13      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18876029      E-mail/PDF: mrdiscen@discoverfinancial.com May 15 2013 04:37:13      Discover Card,    PO Box 6103,
               Carol Stream, IL 60197-6103
20137478      E-mail/PDF: rmscedi@recoverycorp.com May 15 2013 06:57:59      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18876030      E-mail/PDF: gecsedi@recoverycorp.com May 15 2013 03:35:08      GECRB/jcp,    PO Box 960090,
               Orlando, FL 32896-0090
18876034      E-mail/Text: bnckohlsnotices@becket-lee.com May 15 2013 03:47:33      Kohl's Payment Center,
               PO Box 2983,    Milwaukee, WI 53201-2983
19959385     +E-mail/Text: resurgentbknotifications@resurgent.com May 15 2013 02:02:34
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
20356761      E-mail/PDF: rmscedi@recoverycorp.com May 15 2013 06:58:00      Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18876024*     Capital One Bank,    PO Box 6492,    Carol Stream, IL 60197-6492
18876023*     Capital One Bank,    PO Box 6492,    Carol Stream, IL 60197-6492
18876026*     Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
20187867*     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: corrinal             Page 2 of 3                   Date Rcvd: May 14, 2013
                              Form ID: pdf006            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 16, 2013**                          **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: corrinal               Page 3 of 3                  Date Rcvd: May 14, 2013
                              Form ID: pdf006              Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2013 at the address(es) listed below:
            Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
            Peter N Metrou     on behalf of Trustee Peter N Metrou met.trustee7@att.net,
             met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
            Peter N Metrou     met.trustee7@att.net,   met.trustee_backup@att.net,pnmlawyer@aol.com,
             pmetrou@ecf.epiqsystems.com
            Stephen J West     on behalf of Debtor Daniel A Yonkovich tmalaw@sjwlawott.com
            Stephen J West     on behalf of Joint Debtor Judith I Yonkovich tmalaw@sjwlawott.com
                                                                           TOTAL: 5