UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| YONKOVICH, DANIEL A | § | Case No. 12-18610 |
| YONKOVICH, JUDITH I | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>   CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER<br>   ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on   . The case was pending for   months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/Peter N. Metrou, Trustee_____
                                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America PO Box 650070 Dallas, TX 75265-0070 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| CONGRESSIONAL BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Judith M. Yonkovich;43 W 548 Scott Rd.;Sugar Grove, IL 60554 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Darvin Furniture HSBC Retail Services PO Box 17602 Baltimore, MD 21297-1602 | | | | | |
| | Home Depot Credit Services PO Box 182676 Columbus, OH 43218-2676 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000006 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000007 | CAPITAL ONE, N.A. | | | | | |
| 000008 | CAPITAL RECOVERY V, LLC | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000010 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000009 | FIA CARD SERVICES, N.A. | | | | | |
| 000013 | PORTFOLIO RECOVERY ASSOCIATES, LLC, | | | | | |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000012 | WORLD'S FOREMOST BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-18610 | BWB | Judge: BRUCE W. BLACK | | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | YONKOVICH, DANIEL A | | | | Date Filed (f) or Converted (c): | 05/07/12 (f) |
| | YONKOVICH, JUDITH I | | | | 341(a) Meeting Date: | 06/04/12 |
| For Period Ending: | 08/27/13 | | | | Claims Bar Date: | 04/19/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 24040 Gary Ray Dr., Elwood IL 60421 | 200,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking account - First Midwest | 100.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous household goods, furniture & furnish | 900.00 | 0.00 | | 0.00 | FA |
| 4. Wearing apparel | 50.00 | 0.00 | | 0.00 | FA |
| 5. 401-K - Russell Khates, MD | 0.00 | 0.00 | | 0.00 | FA |
| 6. 2004 Chevrolet | 5,000.00 | 0.00 | | 0.00 | FA |
| 7. 2002 Chevrolet | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Shares in Phoenix Co HPS (u) | Unknown | 7,500.00 | | 7,500.00 | FA |
| TOTALS (Excluding Unknown Values) | $208,050.00 | $7,500.00 | | $7,500.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Dist checks mailed 6-19-13

TFR to UST 5-6-13 w/ clerk 5-13-13

Order authorizing sale of stock entered 1-11-13

Initial Projected Date of Final Report (TFR): 06/30/13     Current Projected Date of Final Report (TFR): 06/30/13

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 17.02g

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-18610 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | YONKOVICH, DANIEL A | Bank Name: | Congressional Bank |
| | YONKOVICH, JUDITH I | Account Number / CD #: | *******9827 Checking Account |
| Taxpayer ID No: | *******4653 | | |
| For Period Ending: | 08/27/13 | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/21/13 | 8 | Darrell Yonkovich | | 1229-000 | 7,500.00 | | 7,500.00 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 3/13 | 2600-000 | | 10.00 | 7,490.00 |
| 06/18/13 | 001001 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 1,534.18 | 5,955.82 |
| | | | Fees        1,500.00 | 2100-000 | | | |
| | | | Expenses    34.18 | 2200-000 | | | |
| 06/18/13 | 001002 | American InfoSource LP as agent for TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000001, Payment 17.46264% | 7100-000 | | 187.54 | 5,768.28 |
| 06/18/13 | 001003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 17.46264% | 7100-000 | | 1,097.92 | 4,670.36 |
| 06/18/13 | 001004 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000003, Payment 17.46257% | 7100-000 | | 520.94 | 4,149.42 |
| 06/18/13 | 001005 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000004, Payment 17.46309% | 7100-000 | | 173.77 | 3,975.65 |
| 06/18/13 | 001006 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000005, Payment 17.46225% | 7100-000 | | 120.28 | 3,855.37 |
| 06/18/13 | 001007 | Capital One Bank (USA), N.A. | Claim 000006, Payment 17.46296% | 7100-000 | | 152.38 | 3,702.99 |

Page Subtotals     7,500.00     3,797.01

Ver: 17.02g

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 12-18610 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | YONKOVICH, DANIEL A | Bank Name: | Congressional Bank |
|  | YONKOVICH, JUDITH I | Account Number / CD #: | *******9827  Checking Account |
| Taxpayer ID No: | *******4653 | | |
| For Period Ending: | 08/27/13 | Blanket Bond (per case limit): | $ 60,894,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/18/13 | 001008 | by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br>Capital One, N.A.<br>c o Becket and Lee LLP<br>Atty/Agent for Credior<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 17.46270% | 7100-000 | | 474.50 | 3,228.49 |
| 06/18/13 | 001009 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Claim 000008, Payment 17.46256% | 7100-000 | | 294.63 | 2,933.86 |
| 06/18/13 | 001010 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Claim 000009, Payment 17.46269% | 7100-000 | | 841.78 | 2,092.08 |
| 06/18/13 | 001011 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000010, Payment 17.46270% | 7100-000 | | 938.18 | 1,153.90 |
| 06/18/13 | 001012 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000011, Payment 17.46263% | 7100-000 | | 390.77 | 763.13 |
| 06/18/13 | 001013 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Claim 000012, Payment 17.46246% | 7100-000 | | 271.88 | 491.25 |
| 06/18/13 | 001014 | Portfolio Recovery Associates, LLC,<br>successor to CAPITAL ONE, N.A | Claim 000013, Payment 17.46257% | 7100-000 | | 491.25 | 0.00 |

Page Subtotals    0.00    3,702.99

Ver: 17.02g

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-18610 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | YONKOVICH, DANIEL A | Bank Name: | Congressional Bank |
| | YONKOVICH, JUDITH I | Account Number / CD #: | *******9827 Checking Account |
| Taxpayer ID No: | *******4653 | | |
| For Period Ending: | 08/27/13 | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 41067 Norfolk VA 23541 | | | | | |

|  |  | COLUMN TOTALS | 7,500.00 | 7,500.00 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
|  |  | Subtotal | 7,500.00 | 7,500.00 | |
|  |  | Less:  Payments to Debtors | | 0.00 | |
|  |  | Net | 7,500.00 | 7,500.00 | |

| | | NET | ACCOUNT |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Checking Account - ********9827 | 7,500.00 | 7,500.00 | 0.00 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 7,500.00 | 7,500.00 | 0.00 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 17.02g

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*